```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**BLAKE OGDEN**                                                  **PLAINTIFF**

       v.        Civil No. 10-5215

**GREGORY D. JONES**                                             **DEFENDANT**

<u>O R D E R</u>

Now on this 13th day of December, 2011, the above referenced matter comes on a jury trial. In accordance with proceedings held on the record prior to trial, the Court finds that defendant's **Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment** (doc. #16) should be, and hereby is, **stricken** for the reasons stated in this Court's Order (document #32) dated November 21, 2011, which ordered defendant's answer stricken and entered default judgment in plaintiff's favor with respect to liability on each of plaintiff's claims.

    **IT IS SO ORDERED.**

 

                                                /s/ Jimm Larry Hendren  
                                                **JIMM LARRY HENDREN**  
                                                **UNITED STATES DISTRICT JUDGE**