```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

**BLAKE OGDEN**                                                    **PLAINTIFF**

        **v.**           **Civil No. 10-5215**

**GREGORY D. JONES**                                               **DEFENDANT**

### O R D E R

    Now on this 13th day of December, 2011, the above referenced matter comes on a jury trial.  In accordance with proceedings held on the record prior to trial, the Court finds that defendant's **Motion for Summary Judgment and Alternative Motion for Partial Summary Judgment** (doc. #16) should be, and hereby is, **stricken** for the reasons stated in this Court's Order (document #32) dated November 21, 2011, which ordered defendant's answer stricken and entered default judgment in plaintiff's favor with respect to liability on each of plaintiff's claims.

    **IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                **JIMM LARRY HENDREN**
                                                **UNITED STATES DISTRICT JUDGE**